JAMES M. NELSON (WSBA No. 44652)
DOMINIC E. DRAYE (AZ Bar No. 033012)
*Admitted Pro Hac Vice*
**GREENBERG TRAURIG, LLP**
2375 East Camelback Road, Suite 700
Phoenix, Arizona 85016
Telephone: (602) 445-8000
Facsimile: (602) 445-8100
E-mail: nelsonj@gtlaw.com
E-mail: drayed@gtlaw.com

NAOMI G. BEER (CO Bar No. 29144)
*Admitted Pro Hac Vice*
**GREENBERG TRAURIG, LLP**
1144 15th Street, Suite 3300
Denver, Colorado 80202
Telephone: (303) 572-6500
Facsimile: (303) 572-6540
E-mail: beern@gtlaw.com

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JUSTIN BAKER,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED PARCEL SERVICE, INC.,<br><br>    Defendant. | NO. 2:21-cv-00162-SMJ<br><br>**CORPORATE DISCLOSURE STATEMENT FOR DEFENDANT UNITED PARCEL SERVICE, INC., AN OHIO CORPORATION** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant United Parcel Service, Inc., an Ohio corporation ("UPS-Ohio"), by and through its undersigned counsel, makes the following disclosures:

1. UPS-Ohio is an Ohio corporation.

2. UPS-Ohio is a wholly owned subsidiary of United Parcel Service, Inc., a Delaware corporation.

3. No other publicly-held corporation owns 10 percent or more of UPS-Ohio's stock or debt securities.

Dated: August 23, 2021                                 **GREENBERG TRAURIG, LLP**

                                                       */s/ James M. Nelson*
                                                       James M. Nelson

                                                       Attorney for Defendant
                                                       UNITED PARCEL SERVICE, INC., an Ohio corporation

                                                       JAMES M. NELSON (WSBA No. 44652)
                                                       DOMINIC E. DRAYE (AZ Bar No. 033012)
                                                       *Admitted Pro Hac Vice*
                                                       **GREENBERG TRAURIG, LLP**
                                                       2375 East Camelback Road, Suite 700
                                                       Phoenix, Arizona  85016
                                                       Telephone:  (602) 445-8000
                                                       Facsimile:  (602) 445-8100
                                                       E-mail: nelsonj@gtlaw.com
                                                       E-mail: drayed@gtlaw.com

2 - CORPORATE DISCLOSURE STATEMENT FOR DEFENDANT UNITED PARCEL SERVICE, INC., AN OHIO CORPORATION

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

NAOMI G. BEER (CO Bar No. 29144)
*Admitted Pro Hac Vice*
**GREENBERG TRAURIG, LLP**
1144 15th Street, Suite 3300
Denver, Colorado 80202
Telephone: (303) 572-6500
Facsimile: (303) 572-6540
E-mail: beern@gtlaw.com

3 - CORPORATE DISCLOSURE STATEMENT FOR DEFENDANT UNITED PARCEL SERVICE, INC., AN OHIO CORPORATION

## CERTIFICATE OF SERVICE

The undersigned certifies that, on August 23, 2021, a true and correct copy of the Corporate Disclosure Statement for Defendant United Parcel Service, Inc., an Ohio Corporation, was served on all counsel of record by the Court's electronic filing system (CM/ECF).

By: /s/ James M. Nelson
James M. Nelson

ACTIVE 59489863v2

4 - CORPORATE DISCLOSURE STATEMENT FOR DEFENDANT UNITED PARCEL SERVICE, INC., AN OHIO CORPORATION