FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Oct 07, 2021**

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JUSTIN BAKER,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>UNITED PARCEL SERVICE INC.,<br><br>　　　　　　Defendant. | No.   2:21-cv-00162-SMJ<br><br>**ORDER ADOPTING STIPULATED PROTECTIVE ORDER** |

Pursuant to Federal Rule of Civil Procedure 26(c) and the parties' stipulation, **IT IS HEREBY ORDERED**:

1. The parties' joint request for a Protective Order, **ECF No. 24 at 4**, is **GRANTED**.

    *A.* The parties' proposed Stipulated Protective Order, **ECF No. 24-1**, is **APPROVED**, **ADOPTED**, and **INCORPORATED** in this Order by reference.

//

//

//

ORDER ADOPTING STIPULATED PROTECTIVE ORDER – 1

//

//

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

DATED this 7th day of October 2021.

_____
SALVADOR MENDOZA, JR.
United States District Judge